Submitted February 4, reversed March 16, 2022

In the Matter of A. B.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

A. B.,
*Appellant.*

Umatilla County Circuit Court
21CC03453; A176334

505 P3d 1103

Eva J. Temple, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant appeals a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days based on a finding of mental illness. She argues that the court plainly erred in committing her because the record contains no return of service or evidence that she had been served with the citation, as required by ORS 426.080 and ORS 426.090. The state concedes the error. We agree and accept the state's concession. ORS 426.090 requires the court to issue a citation that informs a person alleged to have a mental illness of specific rights, and ORS 426.080 specifies that the person serving the citation "shall, immediately after service thereof, make a return upon the original warrant or citation showing the time, place and manner of such service and file it with the clerk of the court." *See State v. D. S.*, 317 Or App 65, 501 P3d 560 (2022) (reversing similar error as plain error); *State v. R. E. J.*, 306 Or App 647, 474 P3d 461 (2020) (same). For the reasons set forth in *R. E. J.*, we exercise our discretion to correct the error.

Reversed.